JOANNE HURLEY, by MICHAEL HURLEY, Her Guardian ad Litem, Appellant, *v.* GEORGIAN BAY LUMBER Co., INC., et al., Respondents. (Action No. 1.)

MICHAEL HURLEY, Appellant, *v.* GEÓRGIAN BAY LUMBER Co., INC., et al., Respondents. (Action No. 2.)

Argued May 28, 1947; decided July 2, 1947.

*M. Maurice Chacchia* for appellants.

*James M. Ryan* for respondents.

Judgments affirmed, with one bill of costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.